No. 306. BRIGGS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *W. P. Sandridge* and *Leon L. Rice, Jr.* for Briggs, and *Roy L. Deal* for

Clark, petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce and Fred G. Folsom* for the United States.

No. 311. MARIENFELD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Harry C. Blanton* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce and Fred G. Folsom* for the United States.